1004

*In the Matter of the Marriage of* JANICE K. HOWD,
*Appellant*, and CHRISTOPHER A. HOWD,
*Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 05-3-04804-6, Laura Gene Middaugh, J., en-
tered February 25, 2011. *Affirmed in part* and *remanded
with instructions* by unpublished opinion per Grosse, J.,
concurred in by Schindler and Spearman, JJ.

*In the Matter of the Dependency of* J.V.S.R.P.

CHARLES PERALTA, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 10-7-01991-8, Patricia H. Clark, J., entered
December 8, 2010. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Becker and Spearman, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY PURAN
DELANEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 09-1-01552-0, Barbara D. Johnson, J., entered
March 4, 2010. *Affirmed* by unpublished opinion per
Schindler, J., concurred in by Ellington and Lau, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL A. PALMAS,
*Respondent*.

Appeal from a judgment of the Superior Court for Mason
County, No. 09-1-00279-7, Toni A. Sheldon, J., entered April
5, 2010. *Affirmed* by unpublished opinion per Schindler, J.,
concurred in by Ellington and Lau, JJ.